GLORIA SCHWARTZ, an Infant, by ELSIE FIKO, Her Guardian ad Litem, Appellant, v. ROSE SCHWARTZ and HARRY A. SCHWARTZ, Respondents. SAMUEL SCHWARTZ, Defendant.— On argument, order granting motion of defendants Rose Schwartz and Harry A. Schwartz to vacate notice of examination before trial affirmed, without costs. Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur.

In the Matter of the Application of HOWARD NOSKIN for Admission to the Bar. (From the State of Illinois.) — Application granted. Present — Young, Rich, Kapper, Hagarty and Scudder, JJ.

In the Matter of the Application of SAMUEL E. SWIGGERT for Admission to the Bar. (From the State of Missouri.) — Application granted. Present — Young, Rich, Kapper, Hagarty and Scudder, JJ.

NICOLA ABBATE, Respondent, v. MORRIS ENGELBARDT, Appellant.— Order of the Appellate Term, affirming judgment of the Municipal Court in favor of plaintiff, unanimously affirmed, with costs. No opinion. Present — Kapper, Rich, Hagarty, Carswell and Scudder, JJ.

AERIAL UPHOLSTERING Co., INC., Respondent, v. SAMUEL BLUM, as President of the UPHOLSTERERS UNION, LOCAL No. 76, an Unincorporated Association, Appellant.— Order granting injunction pendente lite modified by requiring that, pursuant to sections 819 and 893 of the Civil Practice Act, plaintiff furnish an undertaking, with corporate surety, in the sum of $1,000, and as so modified affirmed, without costs; the case to be placed at the head of the calendar of the Kings County Special Term, Part III, for Monday, April 15, 1929. The injunction should not have been granted without an undertaking. (Howley v. Francis Press, 127 App. Div. 646.) Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.